JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YOUNG LEE, | ) | Case No. SA CV 19-00371 FMO (DFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HUMPHREY AND REANESEY ENTERPRISES, INC, et al., | ) | |
| Defendants. | ) | |

    **IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 10th day of June, 2019.

                                           /s/
                                  Fernando M. Olguin
                                United States District Judge